

Beck Reed Riden LLP
155 Federal Street | Suite 1302
Boston | Massachusetts 02110
Tel. (617) 500-8660 | Fax (617) 500-8665
BeckReedRiden.com

**Stephen D. Riden**
Direct: (617) 500-8672
sriden@beckreed.com

July 16, 2019

**BY ELECTRONIC FILING**
The Honorable Steven C. Mannion
United States District Court
  for the District of New Jersey
Martin Luther King Building, Room 2B
50 Walnut Street
Newark, NJ 07101

Re:   *inVentiv Health Consulting, Inc. v. Summer Atkinson*,
      Civil Case No. 2:18-cv- 2560(ES)(SCM) – Joint Discovery Letter

Dear Magistrate Judge Mannion,

This firm represents plaintiff inVentiv Health Consulting, Inc. ("inVentiv").  **This is a joint request for extension of the discovery deadline to December 15, 2019.**  This letter is submitted with the consent of Ms. Atkinson's attorney.

The Pretrial Order of January 18, 2019 (the "Order," Dkt. No. 15, docketed Jan. 22, 2019) established a fact discovery deadline of September 18, 2019.  Order, § II(3).  The parties now jointly request – for the first time – that the Court extend the deadline to December 15, 2019.  In support of their request, the parties state as follows:

1.   This case is one of three related cases in three different jurisdictions.  *See inVentiv Health Consulting, Inc. v. Equitas Life Sciences, LLC, et al.*, Civ. A. No. 1781cv00660-D (Mass. Super. Mar. 2, 2017) (the "MA Action"); *inVentiv Health Consulting, Inc. v. Alan D. French, Jr., et al.*, Civ. A. No. 5:18-cv-295-D (E.D.N.C. Jun. 22, 2018) (the "NC Action").

2.   For purposes of efficiency and economy, the parties have agreed to take steps to streamline certain elements of discovery, including the sharing of documents, across the three litigations.  The parties are currently exploring whether depositions in the three litigations can be similarly streamlined.



July 16, 2019
Page 2

3. The fact discovery deadline in the NC Action is currently set for December 15, 2019.

4. The parties have exchanged substantial written discovery, including substantial productions of documents.  In this regard, inVentiv is making continuing productions on a rolling basis.  Further, each party has committed to conducting a reasonable search for certain documents identified by the other party's counsel.

5. The parties hope to resolve any outstanding discovery disputes without the need of this Court's intervention and require more time to do so.  Under the current Order, the parties are required to bring all discovery disputes to the Court's attention no later than by **July 20, 2019**.  *See* Order, § II(6).  By extending the fact discovery deadline as requested herein, the parties ask that this July 20, 2019, deadline be similarly extended (to 60 days before the fact discovery end date).

6. Further, inVentiv states that it is currently endeavoring to resolve discovery disputes in both the MA and NC Actions, and the resolution of those disputes will directly impact its timing (and, relatedly, relief that it may need to seek during the discovery period) in this litigation.

7. Additional time will also enable the parties to explore the possibility of settlement and, relatedly, mediation.  Doing so will take time, as they will have to coordinate parties across the three litigations.

Accordingly, inVentiv and Ms. Atkinson both request that the Court extend the fact discovery deadline to **December 15, 2019**, thereby matching the deadline in the NC Action.

Best regards,

Stephen D. Riden

cc:   Robert N. Holtzman, Esq.
      Amelia M. Munger, Esq.