

Beck Reed Riden LLP
155 Federal Street | Suite 1302
Boston | Massachusetts 02110
Tel. (617) 500-8660 | Fax (617) 500-8665
BeckReedRiden.com

**Stephen D. Riden**
Direct: (617) 500-8672
sriden@beckreed.com

July 26, 2019

**BY ELECTRONIC FILING**
The Honorable Steven C. Mannion
United States District Court
  for the District of New Jersey
Martin Luther King Building, Room 2B
50 Walnut Street
Newark, NJ 07101

Re:  *inVentiv Health Consulting, Inc. v. Summer Atkinson*,
    Civil Case No. 2:18-cv- 12560(ES)(SCM) – Joint Discovery Letter

Dear Magistrate Judge Mannion,

    This firm represents plaintiff inVentiv Health Consulting, Inc. ("inVentiv").  In light of this Court's July 16 Order extending the fact discovery deadline from September 18 to December 15, 2019 (Dkt. No. 31), the parties respectfully request that the Court also extend the below attendant deadlines in this matter.  Ms. Atkinson joins in this request and has consented to the submission of this letter.

    The Pretrial Order of January 18, 2019 (Dkt. No. 15, docketed Jan. 22, 2019) established the below deadlines, to which we propose the following changes.  Order, § VI (16-18).

| **Deadline** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Settlement Position Letters | September 16, 2019 | December 20, 2019 |
| Initial Expert Reports | October 15, 2019 | January 15, 2020 |
| Rebuttal Expert Reports | November 29, 2019 | February 28, 2020 |
| Expert Discovery Deadline | December 28, 2019 | March 31, 2020 |

    Additionally, we request that the currently-scheduled September 24, 2019 settlement conference be held telephonically.

    InVentiv and Ms. Atkinson both request that the Court extend these deadlines in light of the recent discovery deadline extension in this case.



July 26, 2019
Page 2

                        Best regards,

                        Stephen D. Riden