**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INVENTIV HEALTH CONSULTING, INC.<br>          Plaintiff,<br>v.<br>SUMMER ATKINSON<br>          Defendant. | Civil Action No.<br><br>2:18-cv-12560-ES-SCM<br><br>**SUPPLEMENTAL SCHEDULING ORDER** |

**IT IS** on this Tuesday, September 24, 2019 ordered that the Scheduling Order is hereby supplemented as follows:

1. A telephone conference is scheduled with Judge Mannion on 12/16/2019 at 3:30 pm. Defendant(s)' counsel is to initiate the call.

2. The parties have a continuing obligation to supplement and amend their initial disclosures. The names and subject of expected testimony of all affirmative expert witnesses shall be delivered no later than 30 days before the end of fact discovery. The names and subject of expected testimony of all responding expert witnesses shall be delivered no later than 10 days after the date due for the affirmative expert report(s), provided such report(s) have been served.

    a. All affirmative expert reports shall be delivered by 1/15/2020.

    b. All responding expert reports shall be delivered by 2/28/2020.

    c. Rebuttal reports are prohibited. Deposition of expert(s) to be completed within 30 days of receiving their respective reports.

3. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS ENTERED BY THIS COURT MAY RESULT IN SANCTIONS. See Fed.R.Civ.P. 16(f) and 37.**

*Steve C. Mannion*
Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

9/24/2019 11:45:30 AM

Original: Clerk of the Court

Hon. Esther Salas, U.S.D.J.
cc: All parties
   File